Case 1:26-cv-01297-SAG    Document 1-4    Filed 04/01/26    Page 1 of 2

Daniel Rumanos
1000 Board Walk, suite 616
Atlantic City, NJ 08401

**Retail**

U.S. POSTAGE PAID
FCM LETTER
BALTIMORE, MD 21233
MAR 30, 2026

UNITED STATES
POSTAL SERVICE

21201

$1.07

**RDC 99**

S2324K503879-77

US District Court for the District of Maryland
101 W. Lombard St.
Baltimore, MD 21201

new case

21201-262915



FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

APR 0 1 2026

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY