IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Daniel Rumanos,                                    *
            Plaintiff,
                                                   *

    vs.                                                     Civil Action No.   26-cv-1297-SAG
                                                   *

Vincent Gale Wilson, Jr.,
            Defendant.                             *


******

ORDER

The Court issued a Deficiency Notice directing the Plaintiff to correct deficiencies in filing requirements.  The Court also warned Plaintiff that failure to correct deficiencies may result in the complaint being dismissed without further notice.  As Plaintiff has failed cure the deficiencies noted, it is on this 30 day of _____April___, 2026, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Complaint IS DISMISSED without prejudice;

2. The Clerk SHALL PROVIDE a copy of this Order to Plaintiff; and

3. The Clerk SHALL CLOSE this case.


 4/30/2026                                                            /s/
Date                                                     Stephanie A. Gallagher
                                                         United States District Judge

U.S. District Court (Rev. 1/2000)